UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 28, 2015
CCO-034

No. 15-3770

PENNSYLVANIA GENERAL ENERGY COMPANY, LLC

v.

GRANT TOWNSHIP

East Run Hellbenders Society Inc;
Little Mahoning Watershed,
Appellants

(W.D. Pa. No. 1-14-cv-00209)

Present: FISHER, JORDAN and VANASKIE, Circuit Judges

1. Motion by Appellee to Summarily Affirm; and

2. Response in Opposition by Appellants

Respectfully,
Clerk/cjg

_____ORDER_____
The foregoing Motion to Summarily Affirm is denied.

By the Court,

s/ Thomas I. Vanaskie
Circuit Judge

Dated: January 12, 2016
CJG/cc:    Lindsey Schromen-Wawrin, Esq.
           James V. Corbelli, Esq.