# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-3770

Pennsylvania General Energy Co v. Grant Township

1-14-cv-00209

# O R D E R

The Court has received the Appellant's Brief, Appendix Volume I and II on behalf of **East Run Hellbenders Society Inc, Little Mahoning Watershed**.

**The appendix does not comply with the following Court requirements:**

**Contents of Appendix- FRAP 30- The following is/are missing from the appendix**

**.** District Court Docket Sheet

**Action Required Regarding Appendix**

In order to cure errors with respect to CONTENT, **East Run Hellbenders Society Inc, Little Mahoning Watershed** must file an addendum to appendix containing the missing section in electronic and paper format. Addendum must contain a cover page and a certificate of service.

This Order does not change the deadline for filing the next brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 01/15/2016. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

**For questions please call 267-299-4917, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  1/12/2016

cc: **James V. Corbelli, Esq.**
**Lindsey Schromen-Wawrin, Esq.**